**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | ) Case No. 1:18-cv-02842-CKK <br> ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL, | ) <br> ) <br> ) <br> ) |
| *Defendants*. | ) |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Department of Homeland Security, U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement, U.S. Citizenship and Immigration Services, the United States Attorney's Office, and the Attorney General of the United States in the above-captioned matter.

Dated:  March 4, 2019

Respectfully submitted,

*/s/ Joseph F. Yenouskas*
Joseph F. Yenouskas (D.C. Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4143
JYenouskas@goodwinlaw.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOMELAND ) <br> SECURITY, ET AL, ) <br> ) <br> *Defendants*. ) | Case No. 1:18-cv-02842-CKK |

**DECLARATION OF SERVICE**

I, EMILY DERRICK, hereby declare as follows:

1. I am employed as a Court Procedures & Docketing Clerk at Goodwin Procter LLP, counsel for American Oversight.

2. On December 4, 2018, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On December 10, 2018, the court issued signed summonses for service. On December 12, 2018, I served the summonses and copies of the complaint by Certified U.S. Mail, First-Class return-receipt requested on the Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement, Citizenship and Immigration Services, and the Attorney General of the United States and by hand delivery on the United States Attorney's Office.

3. According to USPS Tracking, service of process was effected on the Department of Homeland Security at 245 Murray Lane, SW, Washington, DC 20528 on December 17, 2018 for Case Nos. 1:18-cv-02840, 1:18-cv-02842, and 1:18-cv-02846. True and correct copies of the

2

USPS Tracking Results demonstrating service on the Department of Homeland Security are attached in Exhibit A (Certified Mail Receipts still have not been received).

4. I served the summonses and copies of the complaint by Certified U.S. Mail, First-Class return-receipt requested on the Attorney General of the United States for the following cases filed by American Oversight:  1:18-cv-02840, 2842, 2844, 2845, and 2846.  According to USPS Tracking, service of process for all copies were effected on the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530 on December 17, 2018.  True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the Attorney General  are attached in Exhibit B.

5. Courier company Best Messenger (server Paul Sterman) effected service of process on the Civil Process Clerk, U.S. Attorney's Office at 555 4th Street, NW, Washington, DC 20530 on December 12, 2018.  True and correct copies of the Proof of Service completed by Paul Sterman and a time-stamped copy of the letter accompanying the filings served are attached in Exhibit C.

6. According to USPS Tracking, service of process was effected on the Customs and Border Protection at 1300 Pennsylvania Avenue, NW, Washington, DC 20229 on December 17, 2018 for Case Nos. 1:18-cv-02840, 1;18-cv-02842, and 1:18-cv-02846.  True and correct copies of the USPS Tracking Results demonstrating service on the Customs and Border Protection are attached in Exhibit D (Certified Mail Receipts still have not been returned).

7. According to USPS Tracking, service of process was effected on the Immigration and Customs Enforcement at 500 12th Street SW, Washington, DC 20536 on December 17, 2018 for Case Nos. 1:18-cv-02840, 1;18-cv-02842, and 1:18-cv-02846.  True and correct copies of the

USPS Tracking Results demonstrating service on the Immigration and Customs Enforcement are attached in Exhibit E (Certified Mail Receipts still have not been returned).

8. According to USPS Tracking, service of process was effected on the Citizenship and Immigration Services at 20 Massachusetts Avenue, NW, Washington, DC 20529 on December 17, 2018 for Case Nos. 1:18-cv-02840, 1;18-cv-02842, and 1:18-cv-02846. True and correct copies of the USPS Tracking Results demonstrating service on the Citizenship and Immigration Services are attached in Exhibit F (Certified Mail Receipts still have not been returned).

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2019                                     */s/ Emily Derrick*
                                                                        Emily Derrick

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2019, a true and correct copy of the foregoing was served on all parties in this action via CM/ECF.

    Respectfully submitted,

    */s/ Joseph F. Yenouskas*
    Joseph F. Yenouskas